**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ULISES MARQUEZ BORROTO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02155-DB** |
| | § | |
| **WARDEN OF EL PASO SERVICE** | § | |
| **PROCESSING CENTER**, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On September 23, 2026, Respondents filed a "Notice to the Court," ECF No. 16, advising:

> Petitioner is still waiting for some documents to be returned. Respondents are working to locate any remaining property to return to Petitioner.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a second notice informing the Court whether any matters remain to be resolved in this case **within two (2) weeks** of the instant Order.

SIGNED this 30th day of September, 2026.

**For HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**