**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ULISES MARQUEZ BORROTO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-02155-DB** |
| | § | |
| **WARDEN OF EL PASO SERVICE** | § | |
| **PROCESSING CENTER**, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On October 14, 2026, Respondents filed a second "Notice to the Court," ECF No. 18, advising Respondents attempted to confer with Petitioner via phone call on October 14, 2026, but were unable to reach him. Respondents previously advised in their first "Notice to the Court," ECF No. 16, that Petitioner was still waiting for the return of certain documents and that Respondents were working to locate such property to return to Petitioner. At this time, the Court requires further information before closing the case.

Accordingly, **IT IS HEREBY ORDERED** Respondents **SHALL FILE** a supplemental notice, by **no later than October 30, 2026**, providing whether there has been any update with respect to the return of Petitioner's property.

**SIGNED this 19th day of October, 2026.**

Kathleen Cardone

For THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE